# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

G.M. Sign, Inc.

                Plaintiff,

v.                                     Case No.: 1:09−cv−04764
                                           Honorable James B. Zagel

Steve Stergo

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 13, 2013:

      MINUTE entry before Honorable James B. Zagel: Prove up hearing held. Default judgment of $1500.00 plus costs is entered against Defendant Steve Stergo d/b/a Stergo Roofing. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.