AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| G.M. Sign, Inc. *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09-cv-4764 |
| Steve Stergo d/b/a Stergo Roofing *Defendant* | ) ) ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: Plaintiff's Motion for Default Judgment [83] is granted. Judgment is entered in favor of Plaintiff and against against Defendant in the amount of $1500.00 plus costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge James B. Zagel on a motion for for Default Judgment [83] and prove up hearing held on 6/13/13 [88].

Date: Jun 13, 2013

*CLERK OF COURT*, Thomas G. Bruton

/s/ Elisa Perez

*Signature of Clerk or Deputy Clerk*